April 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY APPRAISAL DISTRICT, Appellant

NO. 14-12-00171-CV                    V.

ETC MARKETING, LTD., Appellee

_____

This cause, an appeal from the judgment signed February 6, 2012 in favor of appellee, ETC Marketing, Ltd., was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, ETC Marketing, Ltd.

We further order this decision certified below for observance.